TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00641-CV

In the Matter of T.W.

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. J-19,209, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING 

PER CURIAM

 Because appellant T.W. has failed to file a brief, we will dismiss this appeal for
want of prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the reporter's record in this cause on October 24,
2000. Accordingly, appellant's brief was due on November 27, 2000. 

 On December 14, 2000, this Court granted the appellant's motion for extension of
time to file the appellant's brief and extended the due date to December 27. After appellant failed
to comply with the extended deadline, the Clerk of this Court notified appellant by letter dated
January 31, 2001, that his brief was overdue, and requested a response by February 21. On
February 9, appellant filed a second motion for extension of time. This Court granted the motion,
extending the due date to file appellant's brief to February 27, and notified appellant that no
further extensions would be granted. Appellant again failed to comply with the deadline. By
order dated April 11, 2001, this Court advised appellant that failure to file a brief on or before
April 23 would result in dismissal of this appeal for want of prosecution. Thus far, appellant has
submitted neither a brief nor a reasonable explanation for the failure to file a brief.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Justices Kidd, Smith, and Puryear

Dismissed for Want of Prosecution

Filed: May 3, 2001

Do Not Publish